Cerny-Pickas and Company, and Orient Insurance Company, Appellees, v. C. R. Jahn Company, Appellant.

Gen. No. 46,305.

First District, Third Division.

December 15, 1954.

Released for publication February 17, 1955.

Clausen, Hirsh & Miller, for appellant; Edward J. Bradley, Edward S. Coath, and Katherine Nohelty, for appellees. Opinion by JUSTICE FEINBERG. Not to be published in full.